UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL L. STASZAK,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 22-3267 (ABJ) |

## ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion for summary judgment [Dkt. # 11] is **GRANTED**, and the above-captioned case is **DISMISSED**.

This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: March 28, 2024